

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00268-CR

Sivol **BLACK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 309910
The Honorable John D. Fleming, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 29, 2013.

_____
Marialyn Barnard, Justice